**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEVENIA DEVEO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3251 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this        day of June, 2002, upon consideration of the Plaintiff's Motion to Proceed *In Forma Pauperis* and it appearing to the Court that Plaintiff has not fully completed the form regarding financial status, it is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE.

It is further ORDERED that Plaintiff shall have thirty (30) days from the date of this Order to resubmit the application to proceed *In Forma Pauperis* with full and complete answers.[1]

BY THE COURT:

_____

[1]     On the Statement in Support of Request to Proceed *In Forma Pauperis*, Plaintiff indicates that she has not received money from any source during the past twelve months. However, in the Motion to Proceed *In Forma Pauperis* Plaintiff states that she receives SSI benefits. Plaintiff must fully disclose the amount she receives from all sources, including SSI benefits, as indicated in question 2(e). Further, Plaintiff did not answer questions 1(b), 4 or 5 of the Statement in Support of Request to Proceed *In Forma Pauperis*. Without full and complete answers, the Court cannot properly assess Plaintiff's application.

J. CURTIS JOYNER, J.