```
W:\FORMS\
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVENIA DEVEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| UNITED STATES POSTAL SERVICE | : | |
| | : | NO. 02-3251 |

**<u>NOTICE</u>**

AND NOW, this 24th day of April, 2003, this matter is scheduled for a - STATUS telephone conference to be held on Tuesday, April 29, 2003 at 12:00 p.m. with the Honorable J. Curtis Joyner. Chambers to initiate the call.

cc: Virginia R. Powel, AUSA (via fax)
    Levenia Deveo

ATTEST:                         or    BY THE COURT

BY: ADRIENNE MANN               _____
    For Angela Mickie                        Judge
    Deputy Clerk

Civ 12 (9/83)