IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVENIA DEVEO | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-3251 |
| UNITED STATES POSTAL SERVICE | : | |

### O R D E R

**AND NOW, TO WIT:** This    day of July, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
ADRIENNE MANN
Acting Deputy Clerk

Civ 2 (7/83)
41.1(b)